**MEMO ENDORSED**

**SIM & DEPAOLA, LLP**
Attorneys-at-Law
42-40 Bell Boulevard
Suite 201
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

August 13, 2021

**VIA ECF**
Honorable Nelson S. Roman, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Courtroom 218

> Plaintiff's application is GRANTED. Plaintiff's deadline to submit a case management plan is extended, *nunc pro tunc*, until August 18, 2021. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 14.
>
> Dated: August 16, 2021
> White Plains, NY
>
> SO ORDERED:
>
> NELSON S. ROMÁN
> United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2021

Re: *Mayes v. City of Yonkers, et al.*
Docket No. 21-cv-823 (NSR)

Honorable Judge Roman,

Plaintiff, Mr. Angelo Mayes ("Mr. Mayes"), by the undersigned counsel, Michael Pinkard, Esq., respectfully submits this letter, without consent, to request a one (1) week extension of time, *nunc pro tunc*, from **August 11, 2021**, until **August 18, 2021**, for the parties to submit a Case Management Plan.

Pursuant to the Court's individual rules regarding requests for an extension of time, Plaintiff respectfully submits the following:

(1) The Case Management Plan was due for submission by **August 11, 2021**;

(2)/(3) There has been no previous requests for adjournment or extension in this matter;

(4) The instant request for an extension of time is necessary because the undersigned has been unable to contact defense counsel, and was recently informed that said counsel is away on vacation until August 16, 2021;

(5) The undersigned attempted to contact opposing counsel, however, due to his unavailability, his consent is unascertained;

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Michael Pinkard*
Michael Pinkard, Esq.
*Attorney for Mr. Angelo Mayes*
mpinkard@simdepaola.com