UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAYES,

                Plaintiff(s),                  **ORDER**

    - against -                         21 Civ. 0823 (NSR)

CITY OF YONKERS, et al.,

                Defendant(s).

------------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

        The Court having been advised by letter from Plaintiff's counsel, dated May 10, 2024, (ECF No. 45) that all claims asserted herein have been settled in principle, it is

        ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

        In light of the settlement, the Court adjourns *sine die* the following dates: the Final Pretrial Conference scheduled for July 10, 2024; the Jury Trial scheduled for July 15, 2024; and all trial document deadlines. Clerk of Court is requested to terminate the motion at ECF No. 45.

SO ORDERED.

Dated:    White Plains, New York
            May 10, 2024

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/10/2024