```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGELO MAYES,

                                        **JUDGMENT**

                          Plaintiff,        21 Civ. 00823 (NSR)

    -against-

P. FORD and JOHN OR JANE DOE 1-10,

                          Defendants.
------------------------------------------------------------------X

    **WHEREAS**, plaintiff ANGELO MAYES commenced this action by filing a complaint on or about January 29, 2021, alleging that defendants violated his federal civil rights; and

    **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

    **WHEREAS**, defendants, through the City of Yonkers, served plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on May 16, 2024;

    **WHEREAS**, on May 16, 2024; plaintiff accepted the Offer of Judgment, it is hereby,

    **ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment against defendants for the total sum of $7,500.00 in full satisfaction of all claims against the defendants herein, said $7,500.00 offer being inclusive of costs, disbursements, and attorneys' fees in plaintiff's favor. The judgment is in full satisfaction of all claims made by plaintiff and is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of Yonkers, or any agency thereof

Dated:  White Plains, New York
          May __20__, 2024

                                                HONORABLE NELSON S. ROMAN
                                                UNITED STATES DISTRICT JUDGE